**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGALIS OTERO,<br><br>*Plaintiff,*<br><br>-against-<br><br>VERIZON NEW YORK INC., CETERIS PORTFOLIO SERVICES, LLC D/B/A NORTH SHORE AGENCY, COLLECTO, INC. D/B/A EOS CCA AND RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>*Defendants*. | Case No.: 1:20-cv-05126-VEC<br><br>**DEFENDANT VERIZON NEW YORK INC.'S NOTICE OF MOTION TO COMPEL CONTRACTUAL ARBITRATION AND STAY ACTION** |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration in Support of MARIA KOSHA, along with the exhibits annexed thereto, the Memorandum of Law in Support of Motion to Compel Contractual Arbitration, dated October 30, 2020, together with all pleadings, all prior proceedings and all directives had herein, Defendant, **VERIZON NEW YORK INC.** ("Defendant"), by its attorneys, MCGIVNEY KLUGER CLARK & INTOCCIA, P.C., will move this Court, before the Honorable Valerie Caproni, District Judge, in the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, upon such date as the Court may assign, or as soon thereafter, as counsel can be heard, for an Order:

1. Compelling arbitration pursuant to the parties' written agreement and the Federal Arbitration Act ("FAA"), 9 U.S.C. § 2, *et seq.*; and

2. Staying this action pending the outcome of the arbitration.

**PLEASE TAKE FURTHER NOTICE** that all answering papers, if any, are to be served in accordance with the Local Rules of this Court.

    There has been no prior request for the relief sought herein.

Dated:  New York, New York
       October 30, 2020

                                          Yours, etc.,

                                          **McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**

                                          *Howard A. Fried*

                                          Howard A. Fried  (HAF2114)
                                          *Attorneys for Defendant*
                                          **VERIZON NEW YORK INC.**
                                          80 Broad Street,  23rd Floor
                                          New York, NY 10004
                                          hfried@mkcilaw.us.com

(Filed and served upon all parties via ECF/Pacer.)

Plaintiff must respond to Defendant Verizon's motion to compel arbitration not later than **November 24, 2020**.  Defendant Verizon may reply not later than **December 5, 2020**.

SO ORDERED.

*[Signature: Valerie Caproni]*
                     11/3/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE