```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MAGALIS OTERO, :
:
                            Plaintiff, :
:
        -against- :        20-cv-5126 (VEC)
:
:        ORDER
VERIZON NEW YORK INC., CETERIS :
PORTFOLIO SERVICES, LLC D/B/A NORTH :
SHORE AGENCY, COLLECTO, INC. D/B/A :
EOS CCA AND RECEIVABLES :
PERFORMANCE MANAGEMENT, LLC, :
                           Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 30, 2020, the Court entered a Case Management Plan in this case (Dkt. 34);

       WHEREAS the Court set the deadline for fact discovery as **January 15, 2021**, and the date of the next pretrial conference as **January 22, 2021**;

       WHEREAS the docket text reflects the parties' proposed dates rather than the Court-ordered dates;

       IT IS HEREBY ORDERED that the deadline for fact discovery is **January 15, 2021**, and the date of the next pretrial conference is **January 22, 2021**.  The Clerk of Court is respectfully requested to update the docket text to reflect these deadlines.

**SO ORDERED.**

Date:  November 6, 2020  
         New York, New York

                                                         **VALERIE CAPRONI**
                                                          **United States District Judge**